```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------X
                                     :
UNITED STATES OF AMERICA,            :    11cr1072-8(DLC)
                                     :
        -v-                          :    ORDER
                                     :
EDWIN M. TAVAREZ,                    :
                                     :
                  Defendant.         :
                                     :
-------------------------------------X
```

DENISE COTE, District Judge:

On August 26, 2022, defendant Edwin Tavarez filed a motion for early termination of supervised release. Accordingly, it is hereby

ORDERED that the Government shall respond to this motion by September 16, 2022.

SO ORDERED:

Dated:   New York, New York
         August 26, 2022

_____
DENISE COTE
United States District Judge