```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------X
                                          :
UNITED STATES OF AMERICA,                 :     11cr1072-8(DLC)
                                          :
         -v-                              :     ORDER
                                          :
EDWIN M. TAVAREZ,                         :
                                          :
                    Defendant.            :
                                          :
------------------------------------------X
```

DENISE COTE, District Judge:

Having been advised by the Government on September 30 that it does not oppose the defendant's application of August 26, it is hereby

ORDERED that the defendant's application for the early termination of supervised release is granted.

SO ORDERED:

Dated:   New York, New York
         October 18, 2022

                                                      DENISE COTE
                                       United States District Judge